UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CHENG LE,

                        Plaintiff,

          -against-

UNITED STATES OF AMERICA,

                     Defendant.
------------------------------------------------------------ x

**1:20-cv-01782 (ALC)**
**1:15-cv-00038 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties shall submit a joint status report by January 27, 2025.

**SO ORDERED.**

**Dated:** January 13, 2025
          New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          United States District Judge